IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EVELYN J. LANE**                                                                                                      **PLAINTIFF**

v.                                                                                       CAUSE NO. 1:12CV381-LG-JMR

**J.H. HAYNES ELECTRIC CO., INC.**                                                         **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, J.H. Haynes Electric Company, Inc. Plaintiff's claims against J.H. Haynes Electric Company, Inc. are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 23rd day of January, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE